

**Entered on Docket**
**March 23, 2011**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
US Bank National Association, as Trustee for CSMC 2006-6, its assignees and/or successors and
the servicing agent AMERICAS SERVICING COMPANY

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-14369-bam |
| | ) |
| Jaime Ann Blackwell, | ) Chapter  13 |
| | ) |
| Debtor. | ) DATE:  03/22/10 |
| | ) TIME:   01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| _____ | ) |

        The Motion for Relief From Automatic Stay came on regularly for hearing at the date and

time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and

supporting evidence, and good cause appearing, the Court rules as follows:

_Rev. 12.09_                                                    M&H File No. NV-10-25011
                                                                        10-14369-bam

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

2  provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of

3  Movant in the real property commonly known as 6012 Cocktail Drive, Las Vegas, NV 89130.

4

5  IT IS SO ORDERED.

6

7

8  Submitted by:
   McCarthy & Holthus, LLP

9
   _/s/Christopher K. Lezak_
10  Christopher K. Lezak, Esq.
   9510 West Sahara Avenue, Suite 110
11  Las Vegas, NV 89117
   702-685-0329
12

13  Approved/Disapproved

14  _Order Filed 02/18/11-no response received_
   David M. Crosby, Esq.
15  711 South 8th Street
   Las Vegas, NV 89101
16  702-382-2600

17

18  Approved/Disapproved

19  _Order Filed 02/18/11-no response received_
   Rick A. Yarnall
20  701 Bridger Avenue, Suite 820
   Las Vegas, NV 89101
21

22

23

24

25

26

27

28

29

*Rev. 12.09*                                    M&H File No. NV-10-25011
                                                10-14369-bam

## ALTERNATIVE METHOD re;  RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing; No additional Service required.

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

### 

*Rev. 12.09*

M&H File No. NV-10-25011
10-14369-bam